RECEIVED
AUG - 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER ATES | CIVIL ACTION NO. 1:12-CV-518 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| TIM WILKINSON, ET AL | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be **DENIED and DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §1915(e).

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 1st day of August, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE